DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH R. AUGUST** and **D. ANGEL AUGUST,**
Appellants,

v.

**BAYVIEW LOAN SERVICING, LLC,**
A Delaware Limited Liability Company,
Appellee.

No. 4D19-3868

[December 31, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Goodman, Judge; L.T. Case No. 50-2013-CA-003892-XXXX-MB.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Morgan L. Weinstein of Van Ness Law Firm, PLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***